**Eva E. Wood, appellee, v. Mike Dragash, appellant.    Gen. No. 32,342.**
Suit to recover money loaned. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Howard Hayes, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1927. Reversed and remanded. Opinion filed January 30, 1928.
Cohen & Berke, for appellant; Samuel Berke, of counsel. Estelle M. Wills, for appellee.
Mr. Justice McSurely delivered the opinion of the court.

**W. C. Handley, appellant, v. John Andronick and Anna Andronick, appellees.    Gen. No. 32,351.**
Action on promissory note. Judgment by confession against one defendant and for the other defendant on trial. Appeal from the Municipal Court of Chicago; the Hon. Howard Hayes, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1927. Affirmed. Opinion filed January 30, 1928.
Nuttall & Chism, for appellant. John Gutknecht, for Anna Andronick, appellee.
Mr. Justice McSurely delivered the opinion of the court.

**Joseph H. Beuttas, appellee, v. Edward A. Garvey, trading as Ed. A. Garvey & Company, appellant.    Gen. No. 32,381.**
Forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. F. L. Fairbank, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1927. Affirmed. Opinion filed January 30, 1928.
Swalwell & Buoscio, for appellant. Sonnenschein, Berkson, Lautmann & Levinson, for appellee; Henry S. Moser, of counsel.
Mr. Justice McSurely delivered the opinion of the court.

**Moses E. Greenebaum, defendant in error, v. Grace Feinstein, plaintiff in error.    Gen. No. 31,941.**
Bill to compel delivery of trust deed and note and to declare release deed null and void. Decree for complainant. Error to the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1927. Reversed and remanded. Opinion filed January 30, 1928. Rehearing denied February 11, 1928.
Maxwell Landis and Julius H. Gross, for plaintiff in error. Newman, Poppenhusen, Stern & Johnston, for defendant in error.
Mr. Justice O'Connor delivered the opinion of the court.

**Liberty Trust & Savings Bank, administrator of the estate of Ernest Stefani, deceased, appellee, v. City of Chicago, appellant.    Gen. No. 32,019.**
Action for death by wrongful act in running over a child of tender years with an automobile trailer. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. John R. Caverly, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1927. Affirmed. Opinion filed January 30, 1928.
Samuel A. Ettelson, Corporation Counsel, William D. Saltiel, City Attorney, and Harry A. Fleck, Assistant City Attorney, for appel-